LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
ltownsend@owe.com

DOWNEY BRAND LLP
ANTHONY L. VIGNOLO (Bar No. 203933)
AVALON C. JOHNSON (Bar No. 288167)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone:    (209) 473-6450
Facsimile:    (209) 473-6455
avignolo@downeybrand.com
 ajohnson@downeybrand.com

Attorneys for Plaintiffs
STORMWATER SYSTEMS, INC.
dba SAFE DRAIN INC.,
JOHN DEMING, and
SAFE DRAIN INTERNATIONAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMWATER SYSTEMS, INC., dba SAFE DRAIN, INC., a California corporation; JOHN DEMING, an individual; and SAFE DRAIN INTERNATIONAL INC., a Nevada corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>DOUGLAS REITMEYER, an individual; MICHAEL BRASBERGER, SR., an individual; MICHAEL BRASBERGER, JR., an individual; and ASHMB, LLC, a Texas Limited Liability Company,<br><br>             Defendants. | Case No. 2:14-cv-02472-MCE-CKD<br><br>**ORDER** |

1394133.1

PLAINTIFFS' EX PARTE MOTION

# ORDER

Based on the foregoing, and good cause appearing therefor, it is hereby ordered that:

1. The hearing previously set on Plaintiffs' Motion for Preliminary Injunction for January 22, 2015, is hereby VACATED and CONTINUED to February 5, 2015; and

2. The briefing schedule for Plaintiffs' Motion for Preliminary Injunction as AMENDED follows:

| | |
|---|---|
| Plaintiffs' Motion: | January 8, 2015 |
| Defendants' Opposition: | January 22, 2015 |
| Plaintiffs' Reply: | January 29, 2015. |

DATE: December 23, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| DATED:  December 23, 2014 | DOWNEY BRAND LLP |

> By: */s/ Anthony Vignolo*
> ANTHONY L. VIGNOLO
> Attorneys for Plaintiff
> STORMWATER SYSTEMS, INC.
> dba SAFE DRAIN INC.,
> JOHN DEMING, and
> SAFE DRAIN INTERNATIONAL

1394133.1

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION