UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMWATER SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS REITMEYER, et al.,<br><br>    Defendants. | No. 2:14-cv-02472<br><br>**ORDER** |

    Currently before the Court is Defendant Douglas Reitmeyer's ("Defendant") Ex Parte Application for Order Shortening Time for Motion Re Substitution of Counsel and Motion to Continue the Preliminary Injunction ("Application"), ECF No. 36. After considering the Application and Plaintiffs' Opposition, ECF No. 37, the Court finds there is not good cause to grant Defendant's requests. Even on an abbreviated schedule, the Court would be unable to resolve the proposed motions prior to the deadline for Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 34. Due to the potential prejudice to Plaintiffs, the Court is unwilling to alter the briefing hearing dates on the Motion for Preliminary Injunction. Accordingly, Defendant's Application, ECF No. 36, is DENIED.

///

Defendant is advised that if he seeks to substitute counsel, he must file a motion that complies with Local Rule 182(d).

IT IS SO ORDERED.

Dated: January 21, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT