UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMWATER SYSTEMS INC., dba SAFE DRAIN INC., SAFE DRAIN INTERNATIONAL INC., and JOHN DEMING,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS REITMEYER, MICHAEL BRASBERGER SR., MICHAEL BRASBERGER JR., and ASHMB, INC.,<br><br>Defendants. | No.  2:14-cv-02472-MCE-CKD<br><br>**ORDER** |

      On June 1, 2015, the parties reached a verbal settlement agreement.  ECF No. 76.  On June 3, 2015, the Court issued a minute order requiring dispositional documents be filed on or before June 17, 2015.  ECF No. 77.  Nothing was filed until June 19, 2015, when Plaintiff filed a Notice of Conditional Settlement requesting more time to come to a final settlement agreement.  ECF No. 78.  The Court will construe this document as a request for an extension of the deadline to file dispositional documents.

      Accordingly, not later than thirty (30) days after the date this Order is electronically filed, the parties are ordered to submit dispositional documents.  Any future requests for extensions of time should be made via stipulation and should include a

proposed order.  Counsel is reminded that failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

Dated:  June 25, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT