UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMWATER SYSTEMS, INC., et al., | No. 2:14-cv-2472-MCE-CKD |
| Plaintiffs, | |
| v. | ORDER |
| DOUGLAS REITMEYER, et al., | |
| Defendants. | |

By agreement of the parties[1], the further settlement conference presently scheduled for July 21, 2015, is CONTINUED to August 5, 2015, at 9:00 a.m., in Courtroom No. 25 before the Hon. Kendall J. Newman. IT IS ALSO HEREBY ORDERED that:

1. No later than 4:00 p.m. on July 31, 2015, the parties shall file a joint statement addressing all remaining issues in the case.
2. As part of their joint statement, the parties shall set forth whether they consent to the jurisdiction of the undersigned magistrate judge for all further proceedings in the case, including the issuance of final rulings on issues on which the parties do not agree.

---

[1] As used in this order, the term "parties" includes the named parties as well as certain non-parties who have participated in the proceedings: Stormwater Systems, Inc. dba Safe Drain, Inc.; John Deming; Safe Drain International, Inc.; Douglas Reitmeyer; Michael Brasberger, Sr.; Michael Brasberger, Jr.; ASHMB, LLC; and Benjamin (Buzz) Holmes.

1

3. In the interim, the parties shall not post on any websites or otherwise communicate with any non-parties regarding Safe Drain products, successor entities, or matters in any way related to this litigation without first obtaining approval from the party's respective attorney for such communications.[2]  Failure to comply with this provision may result in the imposition of any appropriate sanctions.

4. Similarly, if any of the attorneys for the parties approve communications that can be in any way construed as disparaging or not conducive to the settlement proceedings, such attorneys may likewise be sanctioned.

IT IS SO ORDERED.

Dated: July 22, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] For purposes of this settlement conference Lewis Sessions, Esq. is referred to as the "respective attorney" for Douglas Reitmeyer; Michael Brasberger, Sr.; Michael Brasberger, Jr.; ASHMB, LLC; and Benjamin (Buzz) Holmes.  Counsel are also required to provide a copy of this order to all "parties."