1  LAWRENCE G. TOWNSEND (SBN 88184)     WILLIAM A. LAPCEVIC (SBN 238893)
   LAW OFFICES OF LAWRENCE G. TOWNSEND   RUMMONDS/THORNTON, LLP
2  455 Market Street, Suite 1910        311 Bonita Drive
   San Francisco, CA 94105              Aptos, CA 95003
3  Telephone:  (415) 882-3288           Telephone:  (831) 633-2911
   Facsimile:  (415) 882-3299           Facsimile:   (831) 662-3407
   ltownsend@owe.com                    wal@malpraclaw.com
4
5  Attorneys for Plaintiffs STORMWATER
   SYSTEMS, INC dba SAFE DRAIN INC.,
   JOHN DEMING, and SAFE DRAIN INTERNATIONAL INC.
6
7  WILLIAM L. SESSIONS (Texas Bar No. 18041500)
   SESSIONS & ASSOCIATES, PLLC
8  14951 North Dallas Parkway, Suite 400
   Dallas, TX 75254
9  Telephone: (214) 445-4055
   Facsimile:  (214) 723-5346
10 lsessions@sstexaslaw.com

11 Attorneys for Defendants
   MICHAEL BRASBERGER, SR.,
12 MICHAEL BRASBERGER, JR. and ASHMB, LLC

13
14                        UNITED STATES DISTRICT COURT

15                        EASTERN DISTRICT OF CALIFORNIA

16 STORMWATER SYSTEMS, INC., dba SAFE      Case No.: 2:14-cv-02472-MCE-CKD
   DRAIN INC., a California corporation; JOHN
17 DEMING, an individual; and SAFE DRAIN    **STIPULATION AND ORDER OF**
   INTERNATIONAL, INC., a Nevada corporation, **DISMISSAL OF ENTIRE ACTION WITH**
18                                            **PREJUDICE**
19          Plaintiffs,
                                             **Fed. R. Civ. P. 41**
20       v.
                                             **Complaint Filed October 21, 2014**
21 DOUGLAS REITMEYER, an individual;
   MICHAEL BRASBERGER, SR., an individual;
22 MICHAEL BRASBERGER, JR., an individual;
   and ASHMB, LLC, a Texas Limited Liability
23 Company,

24          Defendants.
25
26
27       The parties having reached a full and final agreement concerning settlement of all claims

28 ("the Agreement"), it is hereby stipulated and agreed by the parties in the above-entitled action,

   Stipulation And [Order Of Dismissal, etc.   Case No. 14-cv-02472-MCE-CKD

1    by their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that

2    the Complaint in this action, together with all claims therein asserted, be and they hereby are

3    DISMISSED WITH PREJUDICE, all parties bearing their own costs and attorneys' fees incurred

4    in this action.  The Agreement recites that Magistrate Judge Kendall J. Newman of the Eastern

5    District of California "shall retain sole and exclusive jurisdiction over any enforcement or

6    dispute of the Agreement."  Therefore, and in accordance with the parties' Agreement, the Court

7    shall retain jurisdiction to determine any such claim under the Agreement.

8

9    Dated:  September 8, 2015      LAW OFFICES OF LAWRENCE G. TOWNSEND
                                         RUMMONDS/THORNTON, LLP

10

11                                   By: _____/s/_____

12                                          William A. Lapcevic
                                         Lawrence G. Townsend

13                                   Attorneys for Plaintiffs STORMWATER SYSTEMS,

14    INC.,                             dba SAFE DRAIN, INC., JOHN DEMING and SAFE
                                         DRAIN INTERNATIONAL INC.

15

16    Dated:  September 8, 2015      SESSIONS & ASSOCIATES, PLLC

17

18                                   By: _____/s/_____

19                                          William L. Sessions

20                                   Attorneys for Defendants DOUGLAS REITMEYER,
                                         MICHAEL BRASBERGER, SR., MICHAEL
                                         BRASBERGER, JR. and ASHMB, LLC

21

22    Dated:  September 9, 2015

23

24                                   By: _____/s/_____

25                                          Douglas Reitmeyer

26                                   In Pro per

27

28

Stipulation And Order Of Dismissal, etc.                          Case No. 14-cv-02472-MCE-CKD

**ORDER**

Pursuant to the foregoing stipulation of the parties,  and good cause appearing, it is

ORDERED that:

    1.     The above-entitled action is DISMISSED WITH PREJUDICE, all parties bearing

their own attorneys' fees and costs, and

    2.     The Court shall retain jurisdiction to determine any claim of violation of the

Agreement pursuant to the terms of the Agreement.

IT IS SO ORDERED.

Dated:  September 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation And Order Of Dismissal, etc.             Case No. 14-cv-02472-MCE-CKD